UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:10-cr-238-C |
| ) | |
| v. ) | **INFORMATION** |
| ) | **PURSUANT TO** |
| PARKER ANTRON COLEMAN *et al* ) | **21 U.S.C. 851** |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and files this Information with the Court setting forth the defendants' previous convictions for felony drug offenses:

| **Defendant** | **Charge** | **Conviction Date (Offense/Arrest Date)** | **Jurisdiction** |
|---|---|---|---|
| (1) COLEMAN | Possession with Intent to Distribute Marijuana | 10/38/2006 committed 7/14/2005 offense | Mississippi |

Respectfully submitted this 20th day of November 2010.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

**/s/ Steven R. Kaufman**
STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY
227 West Trade Street, Suite 1650
Charlotte, NC 28202
(704) 338-3117 (office)
(704) 227-0254 (facsimile)

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2010, the foregoing was duly served upon the defendants herein through defendants' attorneys of record via electronic filing:

    Norman Butler, Esq.
    butlerlawoffice@aol.com

                          **/s/ Steven R. Kaufman**
                          STEVEN R. KAUFMAN
                          ASSISTANT UNITED STATES ATTORNEY