IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-238

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| | ) ORDER |
| PARKER ANTRON COLEMAN (1) | ) |

**THIS MATTER** is before the Court upon motion of the government to set a trial date of June 11, 2012, in the Charlotte Division. (Doc. No. 453).

The Court finds that setting a date certain is in the interest of justice based on the complexity of this matter and number of witnesses expected to testify. However, given the expected length of the trial, the Court is unable to conduct it during the week requested.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED in part** and **DENIED in part**. The proof in this trial will not begin before June 25, 2012. The Court may conduct jury selection in advance of that date, depending on the scheduling of other matters.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshal.

Signed: May 29, 2012

Robert J. Conrad, Jr.
Chief United States District Judge